

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2019

No. 04-19-00364-CV

**TEXAS RESEARCH AND TECHNOLOGY FOUNDATION**,
Appellant

v.

**VINTAGE OAKS, L.L.C.**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-06-25023-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

The clerk's record in this accelerated appeal was due June 7, 2019; however, the court granted an extension of time until June 26, 2019, to file the record. The parties have filed an agreed motion, asserting they have settled the matters in controversy and requesting the appeal be abated pending execution of the final settlement documents.

We grant the motion and abate the appeal for a period of thirty days. We **order** the parties file a motion that disposes of this appeal in accordance with Texas Rule of Appellate Procedure 42.1 or all of the appellants' briefs by **July 11, 2019**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court